COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 MARCO ANTONIO DIAZ,
  
                            
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00108-CR
  
 Appeal from the
  
 120th District
 Court
  
 of El Paso County,
 Texas
  
 (TC#20110D02363)
  
 
 


                                                     MEMORANDUM
OPINION

            Pending before the Court are
Appellant’s timely filed motion for rehearing and Appellant’s supplement to the
motion for rehearing or, alternatively, amendment to the motion for rehearing
and leave to file said amendment.   Tex. R.
App. P. 49.1, 49.6.  Because
Appellant has demonstrated that he timely filed a pro se notice of appeal, we grant the motion for rehearing, grant Appellant
leave to file the amendment to the motion for rehearing, withdraw our opinion
and judgment issued on April 25, 2012, dismissing Appellant’s appeal, and
substitute this opinion in its place.  Tex. R. App. P. 26.2.

            The appeal will proceed.  For good cause, we suspend Rule 35.2 and
direct that the reporter’s record must be filed in this Court within sixty days
after this opinion issues.  Tex. R. App. P. 2, 35.2.  The provisions of Rule 38.6 will thereafter
govern the filing of briefs.  Tex. R. App. P. 38.6.

                                                                        GUADALUPE
RIVERA, Justice

May 23, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)